**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Patricia Calhoun CASS, a.k.a. Susan Jones, a.k.a. Patty Cass, a.k.a. Patricia Calhoun, Paul Anthony Cass, a.k.a. Brown, Defendants–Appellants.**

No. 07–14606
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 26, 2009.

Joyce White Vance, Birmingham, AL, for Plaintiff–Appellee.

Everett W. Wess, The Wess Law Firm, P.C., Stephen C. Wallace, Dawson & Wal-

lace, LLC, Birmingham, AL, for Defendants–Appellants.

Before BLACK, CARNES and WILSON, Circuit Judges.

PER CURIAM:

Everett W. Wess, appointed counsel for Patricia Calhoun Cass in this direct criminal appeal, has moved to withdraw from further representation and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record confirms there are no issues of arguable merit on appeal. Therefore, counsel's motion to withdraw is **GRANTED,** and Patricia Cass's convictions and sentences are **AFFIRMED.**